D. Michael Reilly, WSBA No. 14674     HONORABLE LONNY R. SUKO
Robert J. Guite, WSBA No. 25753
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Telephone: 206.223.7000
Facsimile: 206.223.7107

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | | |
|---|---|---|
| RICHARD S. FOREMAN, | ) | |
| | ) | |
| Plaintiff, | ) | No. CV-06-3054-LRS |
| | ) | |
| v. | ) | [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE |
| | ) | |
| HANFORD EMPLOYEE WELFARE TRUST; and LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The parties having stipulated for dismissal of the above-entitled matter with prejudice and without attorneys' fees or costs to any party, and having stipulated to the entry of this Order without further notice to any party, and the Court being fully advised in the premises; NOW THEREFORE,

IT IS ORDERED that the above-entitled matter be and the same is hereby dismissed with prejudice and without attorneys' fees or costs to any party.

[PROPOSED] ORDER FOR DISMISSAL WITH
PREJUDICE - 1
No. CV-06-3054-LRS
120192.0018/1367639.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1
2      DATED this  20th day of March, 2007.

3                                    s/Lonny R. Suko
                                   _____
4                                  HONORABLE LONNY R. SUKO
                                   U.S. DISTRICT COURT JUDGE
5
6  Presented by:

7  LANE POWELL PC

8
   By _____
9     D. Michael Reilly, WSBA No. 14674
10    Robert J. Guite, WSBA # 25753
   Attorneys for Defendants
11
   Copy Received; Approved as to form;
12 Notice of presentation waived.

13 THORNER, KENNEDY & GANO, P.S.

14
15 By _____
     Wade Elliott Gano, WSBA # 5472
16 Attorneys for Plaintiff

17
18
19
20
21
22
23
24
25
26

[PROPOSED] ORDER FOR DISMISSAL WITH
PREJUDICE - 2
No. CV-06-3054-LRS
120192.0018/1367639.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

## CERTIFICATE OF SERVICE

I, Helen Van Buren, hereby make the following Declaration from personal knowledge:

On March 16, 2007, I presented the attached document to the Clerk of the Court for filing and uploading to the CM/EFC system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorney:

>Wade Elliott Gano
>Thorner, Kennedy & Gano, P.S.
>101 South 12th AVE
>PO Box 1410
>Yakima, WA  98907-1410
>weg@tkglawfirm.com

And we sent via U.S. Mail a copy to the following:

>Kenneth M. Norris, Esq.
>Fluor Hanford, Inc. (B3-15)
>PO Box 1000
>Richland, WA 99352

I HEREBY DECLARE UNDER PENALTY OF PERJURY under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

EXECUTED this 16th day of March, 2007, at Seattle, Washington.

_Helen Van Buren_
Helen Van Buren

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE - 3
No. CV-06-3054-LRS
120192.0018/1367639.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107